

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-23-00100-CV |
| KAREN CARRILLO and UNITED | | |
| PARCEL SERVICE CO. d/b/a UPSCO | § | AN ORIGINAL PROCEEDING |
| UNITED PARCEL SERVICE CO., | | |
| | § | IN MANDAMUS |
| Relators. | | |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore conditionally grant the petition for writ of mandamus and direct the trial court to vacate its order denying the motion for leave to designate a responsible third party. The writ will issue only if the trial court fails to act in accordance with this opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF JUNE, 2023.


GINA M. PALAFOX, Justice


Before Rodriguez, C.J., Palafox, and Soto, J.J.